UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK PARR,

        Plaintiff,

                                  Case No. 05-CV-72123
vs.                               HON. GEORGE CARAM STEEH

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION;
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 11);
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 12), AND;
DISMISSING PLAINTIFF'S CLAIMS

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Jack Parr's claim for judicial review of defendant Commissioner of Social Security's denial of his February 11, 2002 application for Social Security disability insurance benefits.  The matter was referred to Magistrate Judge Virginia Morgan.  On October 21, 2005, Magistrate Judge Morgan issued a 10-page Report and Recommendation recommending that defendant's motion for summary judgment be granted, that plaintiff's motion for summary judgment be denied, and that judgment enter in favor of defendant Commissioner.  Plaintiff has not filed timely objections to the Report and Recommendation. See 28 U.S.C. § 636(b)(1); E.D. Mich. L.R. 72.1(d)(2).

      Having reviewed the record and Report and Recommendation, and in the absence of timely objections, the court hereby ACCEPTS Magistrate Judge Morgan's well reasoned October 21, 2005 Report and Recommendation as its own.  Plaintiff's motion for summary

judgment is hereby DENIED. Defendant's motion for summary judgment is hereby GRANTED. Plaintiff Jack Parr's claim is hereby DISMISSED with prejudice.

SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 12, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk